U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV - 9 2005

ROBERT H. SHEMWELL, CLERK
BY_____
         DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **JANET HAYES GARNER** | **CIVIL ACTION NO. 05-130-P** |
| **VERSUS** | **JUDGE HICKS** |
| **WARDEN of RIVERBEND DETENTION CENTER** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

Shreveport, Louisiana, on this 8th day of November 2005.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE